UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOREEN STARRISH,<br><br>               Petitioner,<br><br>    v.<br><br>JO WOFFORD,<br><br>               Respondent. | CASE NO. C18-1257-JCC<br><br>ORDER |

This matter comes before the Court on the supplemental report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 29). Having thoroughly considered the supplemental report and recommendation and the relevant record, the Court hereby ORDERS that:

1. The report and recommendation (Dkt. No. 29) is ADOPTED;
2. Petitioner's amended habeas petition (Dkt. No. 13) is DISMISSED with prejudice as untimely under 28 U.S.C. § 2244(d);
3. In accordance with Rule 11 of the Rules Governing Habeas Corpus Cases, a certificate of appealability is DENIED;
4. The Clerk is DIRECTED to send a copy of this order to the parties and to Judge Peterson.

//

//

1       DATED this 26th day of September 2019.

*signature*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1257-JCC
PAGE - 2